**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02333-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JESSE LEE RAMIREZ,

    Plaintiff,

v.

[NO NAMED DEFENDANT]

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On October 20, 2015, Plaintiff, Jesse Lee Ramirez, a prisoner in the custody of the Colorado Department of Corrections, submitted *pro se,* a letter (ECF No. 1) alleging that the Lakewood Police Department violated his constitutional rights. Because Mr. Ramirez apparently intends to seek some sort of relief in this court, this civil action has been commenced. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the letter is deficient as described in this order. Therefore, Mr. Ramirez will be ordered to cure the following deficiencies if he wishes to pursue his claims in this action. If Mr. Ramirez does not intend to pursue a civil action in this Court, he should advise the Court of that fact and the instant action will be dismissed. Any papers that Mr. Ramirez files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    <u>xx</u>   is not submitted

(2) __ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: instead of filing a §1915 motion and affidavit, plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) xx is not on proper form (must use current court-approved form).
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies of the court-approved Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms, along with the applicable instructions, to Plaintiff's current address. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 21, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge